```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
STARNET INSURANCE COMPANY, et                            :
al.,                                                     :
                                                         :
                              Plaintiffs,                :    21-cv-2771 (VSB)
                                                         :
          -against-                                      :    ORDER
                                                         :
JOHNSON CONTROLS SECURITY                                :
SOLUTIONS LLC,                                           :
                                                         :
                              Defendant.                 :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2021

VERNON S. BRODERICK, United States District Judge:

On March 31, 2021, Defendant filed a notice of removal. (Doc. 1.) This notice included Plaintiffs' complaint. (*See id.*) Defendant, however, has not yet filed a responsive pleading. Defendant is directed to file a responsive pleading by July 14, 2021. Accordingly, it is hereby:

ORDERED that Defendant file its responsive pleading by July 14, 2021.

SO ORDERED.

Dated: June 30, 2021
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge